IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT and BARBARA LATIMORE, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-5917 |
| | : | |
| REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of March, 2012, upon consideration of the following: the Motion to Dismiss by Defendant Redevelopment Authority of the City of Philadelphia; Plaintiffs' Response by Robert and Barbara Latimore; Defendant's Reply to Plaintiffs' Response; and matters of public record, it is hereby **ORDERED** that the Motion to Dismiss (Doc. No. 4) is **GRANTED** because Plaintiffs' Section 1983 claims are time-barred since they did not exercise their right to sue within the applicable two-year time period from the date that they knew or should have known of an injury.

**IT IS FURTHER ORDERED** that Plaintiffs will not be permitted an opportunity to amend their Complaint because doing so would be futile in light of the untimeliness of their Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE